**STATE of Missouri, Respondent,**

v.

**Lawrence E. COLEMAN, Appellant.**

**No. ED 91096.**

Missouri Court of Appeals,
Eastern District,
Division Four.

April 21, 2009.

Edward Scott Thompson, St. Louis, MO, for appellant.

Chris Koster, Mary Highland Moore, Jefferson City, MO, for respondent.

Before: KATHIANNE KNAUP CRANE, P.J., MARY K. HOFF, J., and KENNETH M. ROMINES, J.

### ORDER

PER CURIAM.

Lawrence Coleman appeals the judgment of the Circuit Court of the City of St. Louis, the Honorable Steven R. Ohmer presiding, after a jury found him guilty of two counts of assault in the first degree of a law enforcement officer, § 565.081.1 RSMo. (2000); two counts of armed criminal action, § 571.015.1; and one count of domestic assault in the third degree, § 565.074. Coleman appeals only his convictions for first degree assault of a law enforcement officer, arguing that the trial court erred in refusing to instruct the jury on the lesser-included offense of assault in the second degree of a law enforcement officer, § 565.082.1.

We have reviewed the briefs and the record on appeal, and no error of law appears. Thus, a written opinion would serve no jurisprudential purpose. The parties have been given a memorandum, for their information only, setting forth the reasons for this order. The judgment is affirmed pursuant to Rule 30.25(b).

AFFIRMED.